UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 7:18-5-KKC-EBA-1 |
| Plaintiff/Respondent, | CIVIL NO. 7:20-69-KKC-EBA |
| V. | ORDER |
| CHRISTOPHER E. PARSONS, | |
| Defendant/Petitioner. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Edward B. Atkins. (DE 85.) Magistrate Judge Atkins reviewed Petitioner Christopher E. Parsons' motion (DE 76) to vacate his sentence under 28 U.S.C. § 2255, which relies on an ineffective assistance of counsel claim. The magistrate judge also analyzed whether the claim required an evidentiary hearing. Magistrate Judge Atkins found that Parsons is not entitled to any relief, that an evidentiary hearing is not required, and that Parsons has not made a "substantial showing" as to any claimed denial of his constitutional rights.

The recommended disposition instructed the Petitioner to file specific written objections within fourteen (14) days after being served with the decision, or else waive his right to further review. (DE 85 at 11–12.) Petitioner has not objected and the time to do so has now passed. Where, as here, neither party objects to a magistrate judge's findings, "[i]t does not appear that Congress intended to require

district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Having reviewed the record and the magistrate judge's Report and Recommendation, the Court agrees with the magistrate judge's analysis and conclusions. Accordingly, the Court HEREBY ORDERS:

(1) The magistrate judge's Report and Recommendation (DE 85) is ADOPTED as the opinion of the Court;

(2) Petitioner's motion to vacate under 28 U.S.C. § 2255 (DE 76) is DISMISSED WITH PREJUDICE;

(3) Petitioner's motion for an evidentiary hearing (DE 76) is DENIED;

(4) A certificate of appealability SHALL NOT issue, Petitioner having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

(5) A Judgement will be entered contemporaneously with this Order.

This 6th day of January, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

2